1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  CHRISTOPHER W. DECKER, State Bar No. 229426
   christopher.decker@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:   (213) 239-9045
6
7  Attorneys for Defendants
   ROYAL BANK OF CANADA, RBC CAPITAL MARKETS
8  CORPORATION (incorrectly named and sued as "RBC WEALTH
   MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER,
9  INC."), THE ROYAL BANK OF CANADA US WEALTH
   ACCUMULATION PLAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BENHAYON, | Case No. CV08-06090 FMC (AGRx) |
| Plaintiff, | **DEFENDANTS' NOTICE OF RELATED CASES PURSUANT TO LOCAL RULES 83-1.3** |
| v. | |
| ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20, | Action Filed:  September 17, 2008<br>Trial Date:     None Set |
| Defendants. | |

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT**:

2      Pursuant to Local Rule 83-1.3 of this Court, the undersigned, counsel of
3  record for defendants Royal Bank of Canada, RBC Capital Markets Corporation
4  (incorrectly named and sued as "RBC WEALTH MANAGEMENT COMPANY,
5  formerly RBC DAIN RAUSCHER, INC."), and the Royal Bank of Canada U.S.
6  Wealth Accumulation Plan, ("Defendants"), certifies that Defendants are not aware
7  of any case that arises from the same events as the instant action, involve the same or
8  substantially related or similar or closely related transactions, happening or issues of
9  fact and law, or are likely to require substantial duplication of labor if heard by
10 different judges.

12 DATED:  January 13, 2009         OGLETREE, DEAKINS, NASH, SMOAK
                                    & STEWART, P.C.

                                    By:   /s/ Christopher Decker
                                          Christopher W. Decker
                                    Attorneys for Defendants
                                    ROYAL BANK OF CANADA, RBC
                                    CAPITAL MARKETS CORPORATION
                                    (incorrectly named and sued as "RBC
                                    WEALTH MANAGEMENT COMPANY,
                                    formerly RBC DAIN RAUSCHER,
                                    INC."), and THE ROYAL BANK OF
                                    CANADA US WEALTH
                                    ACCUMULATION PLAN