1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  CHRISTOPHER W. DECKER, State Bar No. 229426
   christopher.decker@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:   (213) 239-9045
6
7  Attorneys for Defendants
   ROYAL BANK OF CANADA, RBC CAPITAL MARKETS
   CORPORATION (incorrectly named and sued as "RBC WEALTH
8  MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER,
   INC."), and THE ROYAL BANK OF CANADA US WEALTH
9  ACCUMULATION PLAN

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BENHAYON, | Case No. CV08-06090 FMC(AGRx) |
| Plaintiff, | |
| v. | [PROPOSED] PROTECTIVE ORDER |
| ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20, | Trial Date:  None set |
| Defendants. | |

CASE NO. CV08-06090 FMC(AGRx)

Ben Proposed Order Word

[PROPOSED] PROTECTIVE ORDER

1    **GOOD CAUSE APPEARING,** to protect the legitimately designated
2 confidential business, employee and privacy protected information to be produced in
3 this action from public disclosure;

4    The Stipulated Protective Order entered into by the parties on June 10, 2009,
5 and filed June 10, 2009, is approved.

8    **IT IS SO ORDERED.**

9 Dated: June 12, 2009

                 */s/ Alicia G. Rosenberg*
10                  ~~Hon. Florence-Marie Cooper~~
                 Central District of California

**ALICIA G. ROSENBERG**
**UNITED STATES MAGISTRATE JUDGE**

1
[PROPOSED] PROTECTIVE ORDER    CASE NO. CV08-06090 FMC(AGRx)

Ben Proposed Order Word