1   LINDA CLAXTON, State Bar No. 125729
    linda.claxton@ogletreedeakins.com
2   CHRISTOPHER W. DECKER, State Bar No. 229426
    christopher.decker@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   633 West Fifth Street, 53rd Floor
    Los Angeles, California 90071
5   Telephone:  (213) 239-9800
    Facsimile:   (213) 239-9045
6
    Attorneys for Defendants
7   ROYAL BANK OF CANADA, RBC CAPITAL MARKETS
    CORPORATION (incorrectly named and sued as "RBC WEALTH
8   MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER,
    INC."), and THE ROYAL BANK OF CANADA US WEALTH
9   ACCUMULATION PLAN

10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13
    STEVEN BENHAYON,                    Case No. CV08-06090 FMC(AGRx)
14
                    Plaintiff,          **DEFENDANTS' NOTICE OF**
15                                      **MOTION AND MOTION FOR**
                    v.                  **PARTIAL SUMMARY**
16                                      **JUDGMENT ON PLAINTIFF'S**
    ROYAL BANK OF CANADA, a             **CLAIM FOR BENEFITS UNDER**
17  Canadian company, business form    **THE  ROYAL BANK OF CANADA**
    unknown; RBC WEALTH                 **US WEALTH ACCUMULATION**
18  MANAGEMENT COMPANY, formerly       **PLAN**
    RBC DAIN RAUSCHER, INC.,
19  business form unknown; THE ROYAL    Date:      None Set
    BANK OF CANADA US WEALTH            Time:      None Set
20  ACCUMULATION PLAN, formerly        DJ:        Florence-Marie Cooper
    known as RBC Dain Rauscher Wealth   Courtroom: (Roybal) 750
21  Accumulation Plan; and, DOES 1      MJ:        Alicia G. Rosenberg
    through 20,                         Courtroom: (Spring) 23
22
                    Defendants.         Trial Date: February 16, 2010
23

24

25

26

27

28

1   TO PLAINTIFF STEVEN BENHAYON AND HIS ATTORNEY OF

2  RECORD:

3       NOTICE IS HEREBY GIVEN that, upon completion of the briefing schedule

4  established by the Court for the ERISA issues in this action, Defendants the Royal

5  Bank of Canada, RBC Capital Markets Corporation (incorrectly named and sued as

6  "RBC Wealth Management Company, formerly RBC Dain Rauscher, Inc.") and the

7  Royal Bank of Canada U.S. Wealth Accumulation Plan, will and hereby do move the

8  Court for partial summary judgment on Plaintiff's First Cause of Action for

9  Violation of the Employee Retirement Income Security Act of 1974 on the ground

10  that there is no genuine issue as to any material fact and that Defendants are entitled

11  to judgment as a matter of law as to Plaintiff's claim for benefits under the Royal

12  Bank of Canada U.S. Wealth Accumulation Plan because there was no abuse of

13  discretion in making the determination to reject Plaintiff's claim for benefits.

14       This motion is based upon this Notice of Motion and Motion, the

15  accompanying Memorandum of Points and Authorities, Separate Statement of

16  Uncontroverted Facts and Conclusions of Law, the Declarations of Gabriela Sikich

17  and Christopher W. Decker, all pleadings and papers on file in this action, and upon

18  such other matters as may be presented to the Court at the time of any hearing on this

19  Motion.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

CASE NO. CV08-06090 FMC(AGRx)

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PL.'S CLAIM FOR
BENEFITS UNDER THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN

1    Pursuant to the Court's order of June 17, 2009, this Motion shall be deemed

2    submitted upon the filing of the parties' simultaneous reply briefs on August 5, 2009.

3

4    DATED:  July 22, 2009                    OGLETREE, DEAKINS, NASH, SMOAK
                                              & STEWART, P.C.
5

6

7                                            By:_____/s/_____

8                                                    Christopher W. Decker
                                             Attorneys for Defendants
9                                            ROYAL BANK OF CANADA, RBC
                                             CAPITAL MARKETS CORPORATION
10                                           (incorrectly named and sued as "RBC
                                             WEALTH MANAGEMENT COMPANY,
11                                           formerly RBC DAIN RAUSCHER,
                                             INC."), and THE ROYAL BANK OF
12                                           CANADA US WEALTH
                                             ACCUMULATION PLAN
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PL.'S CLAIM FOR
BENEFITS UNDER THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN

7541641_1.DOC