LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
CHRISTOPHER W. DECKER, State Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendants
ROYAL BANK OF CANADA, RBC CAPITAL MARKETS
CORPORATION (incorrectly named and sued as "RBC WEALTH
MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER,
INC."), and THE ROYAL BANK OF CANADA US WEALTH
ACCUMULATION PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BENHAYON,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20,<br><br>Defendants. | Case No. CV08-06090 FMC(AGRx)<br><br>**DECLARATION OF CHRISTOPHER W. DECKER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR BENEFITS UNDER THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN**<br><br>DJ:          Florence-Marie Cooper<br>Courtroom: (Roybal) 750<br>MJ:         Alicia G. Rosenberg<br>Courtroom: (Spring) 23<br><br>Trial Date: February 16, 2010 |

# DECLARATION OF CHRISTOPHER W. DECKER

I, CHRISTOPHER W. DECKER, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am an Associate with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart P.C., attorneys of record herein for Defendants ROYAL BANK OF CANADA, RBC CAPITAL MARKETS CORPORATION (incorrectly named and sued as "RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC."), and THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN. I make this declaration in support of Defendants Motion For Partial Summary Judgment On Plaintiff's Claim For Benefits Under The Royal Bank Of Canada U.S. Wealth Accumulation Plan (the "Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as Exhibit A are true copies of excerpts of the Deposition of Plaintiff Steven Benhayon taken in this matter on June 25, 2009. These excerpts contain the deposition testimony cited by Defendants in their Memorandum of Points and Authorities and Separate Statement of Undisputed Facts filed in support of the Motion.

DATED: July 22, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Christopher W. Decker
Attorneys for Defendants
ROYAL BANK OF CANADA, RBC
CAPITAL MARKETS CORPORATION
(incorrectly named and sued as "RBC
WEALTH MANAGEMENT COMPANY,
formerly RBC DAIN RAUSCHER,
INC."), and THE ROYAL BANK OF
CANADA US WEALTH
ACCUMULATION PLAN