1 | LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
2 | CHRISTOPHER W. DECKER, State Bar No. 229426
christopher.decker@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 | 633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
5 | Telephone: (213) 239-9800
Facsimile: (213) 239-9045
6
Attorneys for Defendants
7 | ROYAL BANK OF CANADA, RBC CAPITAL MARKETS
CORPORATION (incorrectly named and sued as "RBC WEALTH
8 | MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER,
INC."), and THE ROYAL BANK OF CANADA US WEALTH
9 | ACCUMULATION PLAN

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BENHAYON,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20,<br><br>Defendants. | Case No. CV08-06090 FMC(AGRx)<br><br>**DECLARATION OF GABRIELA SIKICH IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S CLAIM FOR BENEFITS UNDER THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN**<br><br>DJ: Florence-Marie Cooper<br>Courtroom: (Roybal) 750<br>MJ: Alicia G. Rosenberg<br>Courtroom: (Spring) 23<br><br>Trial Date: February 16, 2010 |

CASE NO. CV08-06090 FMC(AGRx)
DECLARATION OF GABRIELA SIKICH

# DECLARATION OF GABRIELA SIKICH

GABRIELA SIKICH declares:

1. I am the US Defined Contribution Plan Manager for RBC Capital Markets Corporation, a defendant in this action. My duties include maintaining the official records of the Royal Bank of Canada U.S. Wealth Accumulation Plan (the "WAP") including (i) the documents governing the WAP, (ii) the documents recording the proceedings of the RBC USA Wealth Accumulation Plan Committee (the "WAP Committee"), (iii) the administrative record of claims for benefits under the WAP, (iv) summaries of participant accounts and investments, and (v) all other documents setting forth the terms and conditions of participation in the WAP. I am personally familiar with Steven Benhayon's claim for benefits under the WAP following the termination of his employment with RBC Dain Rauscher, Inc. and the administration of that claim. The facts stated in this declaration are true of my own knowledge or my review of the business records of the Royal Bank of Canada and/or its subsidiaries. If called as a witness, I could and would competently testify as to the truthfulness of the facts contained herein.

2. Attached hereto as Exhibit A is a true copy of a letter from Kari M. Myron, attorney for Steven Benhayon, dated November 9, 2007. This letter was the first written notice received by the WAP that Mr. Benhayon was requesting acclerated vesting of his benefits under the WAP.

3. Attached hereto as Exhibit B is a true copy of a letter from Kari M. Myron, attorney for Steven Benhayon, dated November 12, 2007 and entitled "Request for Accelerated Vesting."

4. Attached hereto as Exhibit C is a true copy of a letter from Mr. Todd Schnell, Senior Associate General Counsel for RBC Dain Rauscher, Inc., to Ms. Kari M. Myron, dated November 15, 2007.

5. Attached hereto as Exhibit D is a true copy of a letter from Mr. Todd Schnell, Senior Associate General Counsel for RBC Dain Rauscher, Inc., to Ms. Kari

1. M. Myron, dated December 11, 2007 and notifying her of the decision by the WAP Committee to deny Mr. Benhayon's claim for benefits under the WAP. The WAP Committee is the committee established pursuant to section 7.1 of the Amended and Restated Royal Bank of Canada U.S. Wealth Accumulation Plan and Prospectus which administers the WAP, as provided in that section.

6. Attached hereto as Exhibit E is a true copy of a letter from Kari M. Myron, attorney for Steven Benhayon, dated February 6, 2008 and entitled "Request for Reconsideration of Denial of Accelerated Vesting and Distribution." Exhibit E was the first and only written notice received by the WAP that Mr. Benhayon was requesting a further review of his denied claim for benefits under the WAP.

7. Attached hereto as Exhibit F is a true copy of a letter from Mr. Todd Schnell, Senior Associate General Counsel for RBC Dain Rauscher, Inc., to Ms. Kari M. Myron, dated April 9, 2008 and notifying her of the WAP Committee's decision to affirm its initial denial of Mr. Benhayon's claim for benefits under the WAP.

8. Attached hereto as Exhibit G is a true copy of Amended and Restated Royal Bank of Canada U.S. Wealth Accumulation Plan and Prospectus, dated November 1, 2007.

9. Attached hereto as Exhibit H is a true copy of Amended and Restated Royal Bank of Canada U.S. Wealth Accumulation Plan and Prospectus, dated November 1, 2006. Exhibits G and H are the versions of the WAP plan document which were in effect at the time Mr. Benhayon's claim for benefits and request for further review of that claim were presented to the WAP Committee.

10. Attached hereto as Exhibit I is a true copy of the Retirement Savings Statement for Steven Benhayon's account under the WAP covering the period from January 1, 2007 to December 31, 2007.

11. Attached hereto as Exhibit J is a true copy of the Retirement Savings Statement for Steven Benhayon's account under the WAP covering the period from January 1, 2008 to December 31, 2008.

12. Attached hereto as Exhibit K is a redacted copy of the agenda and attachments thereto for the meeting of the WAP Committee held on December 7, 2007. This is the meeting at which the WAP Committee considered Mr. Benhayon's claim for benefits under the WAP, as presented in the letters from his attorney dated November 9, 2007 and November 12, 2007. Exhibit K contains a true and complete copy of all excerpts of the agenda and attachments thereto for this meeting which pertain to Mr. Benhayon's claim for benefits under the WAP.

13. Attached hereto as Exhibit L is a redacted copy of the minutes of the meeting of the WAP Committee held on December 7, 2007. This is the meeting at which the WAP Committee considered Mr. Benhayon's claim for benefits under the WAP, as presented in the letters from his attorney dated November 9, 2007 and November 12, 2007. Exhibit L contains a true and complete copy of all excerpts of the minutes of this meeting which pertain to Mr. Benhayon's claim for benefits under the WAP.

14. Attached hereto as Exhibit M is a redacted copy of the agenda and attachments thereto for the meeting of the WAP Committee held on April 7, 2008. This is the meeting at which the WAP Committee reviewed Mr. Benhayon's request for review of his denied claim for benefits under the WAP, as requested in the letter from his attorney dated February 6, 2008. Exhibit M contains a true and complete copy of all excerpts of the agenda and attachments thereto for this meeting which pertain to Mr. Benhayon's claim for benefits under the WAP.

15. Attached hereto as Exhibit N is a redacted copy of the minutes of the meeting of the WAP Committee held on April 7, 2008. This is the meeting at which the WAP Committee reviewed Mr. Benhayon's request for review of his denied claim for benefits under the WAP, as requested in the letter from his attorney dated February 6, 2008. Exhibit N contains a true and complete copy of all excerpts of the minutes of this meeting which pertain to Mr. Benhayon's claim for benefits under the WAP.

3   CASE NO. CV08-06090 FMC(AGRx)
DECLARATION OF GABRIELA SIKICH

16. Exhibits A through N collectively include all documents which (i) were considered or relied upon in the administration of Steven Benhayon's claim for benefits under the WAP following the termination of his employment with RBC Dain Rauscher, Inc., or (ii) document the deliberations of the WAP Committee concerning that claim. As such, they represent the administrative record his claim for benefits under the WAP following the termination of his employment with RBC Dain Rauscher, Inc.

17. Attached hereto as Exhibit O are true copies of the Summary of Plan Provisions for RBC Dain Rauscher, Inc. employees in the business unit to which Steven Benhayon was assigned for the years 2003 through 2006.

18. Attached hereto as Exhibit P is a true copy of a statement pursuant to Department of Labor Regulation 2520.104-23 which was filed with the United States Department of Labor on behalf of the Dain Rauscher Wealth Accumulation Plan on or about March 13, 2001. The Dain Rauscher Wealth Accumulation Plan was subsequently re-named the Royal Bank of Canada U.S. Wealth Accumulation Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of July 2009 at Minneapolis, Minnesota.

Gabriela Sikich