Case 2:08-cv-06090-FMC-AGR   Document 29-9   Filed 07/22/09   Page 1 of 2   Page ID #:209





**RBC Dain Rauscher**

Todd W. Schnell
Senior Associate General Counsel
Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4422
(612) 371-7263
(612) 371-7766 Fax
www.rbcdain.com
todd.schnell@rbcdain.com

November 15, 2007

<u>**VIA FACSIMILE (949-716-0606) & U.S. MAIL**</u>
Ms. Kari M. Myron
Law Office of Kari M. Myron
22972 Mill Creek Drive
Laguna Hills, CA 92653

          Re:   Steven Benhayon

Dear Ms. Myron:

      This correspondence is sent in response to your letter of November 9, 2007, to Mr. Argyle Burke and Ms. Tracy McDonald. RBC has carefully reviewed your correspondence and the circumstances surrounding Mr. Benhayon's termination from employment.

      I appreciate the effort you have undertaken to describe Mr. Benhayon's performance for RBC for the past five years, but I hope you understand that the decision to terminate his employment stemmed from the decision to entirely eliminate certain of RBC's business operations in the San Francisco area. You properly acknowledged that no severance payment was required, but RBC did decide to provide exiting employees with severance pay to ease their transition out of the organization and to provide them resources to assist in obtaining future employment. While RBC believed it was being generous in the offers it extended, I am sorry that Mr. Benhayon does not have a similar view.

      Mr. Benhayon was provided severance consistent with other employees offered the severance plan and consistent with RBC's past practice. Further, the terms of the Wealth Accumulation Plan do not provide for the accelerated vesting of employer

Member NYSE • SIPC

EXHIBIT    C    , PAGE   10
RBC/BENHAYON000000072

11/16/2007 11:14 FAX  6123717766          RBC DAIN                                    ☒002/002

Ms. Kari M. Myron
November 15, 2007
Page 2

contributions that you seek. Accordingly, we are unable to increase the severance offered from that identified in the original letter to Mr. Benhayon. Mr. Benhayon's period to accept this severance offer remains open through December 2, 2007.

Sincerely,

Todd W. Schnell

Cc:   Mr. Argyle Burke
      Ms. Tracy McDonald

EXHIBIT   C   , PAGE   11
RBC/BENHAYON000000073