**RBC Dain Rauscher Wealth Accumulation Plan**

STEVEN BENHAYON
313 SAN YSIDRO ROAD
MONTECITO, CA 93108-

**Retirement Savings Statement**

Customer Service: (866) 697-1002
Fidelity Investments Institutional Operations Company, Inc.
82 Devonshire Street
Boston, MA 02109

## Your Account Summary

Statement Period: 01/01/2007 to 12/31/2007

| | |
|---|---|
| **Beginning Balance** | **$1,404,301.24** |
| Employer Contributions | $13,026.06 |
| Dividends and Interest | $46,820.40 |
| Withdrawal | -$1,161,876.79 |
| Fees | -$688.15 |
| Change in Market Value | $32,637.27 |
| **Ending Balance** | **$334,220.03** |

This plan represents a non-qualified plan that is "unfunded" for tax purposes. Any account and/or balances represented here are bookkeeping entries that measure the plan sponsor's obligation to you. Neither you nor the plan hold actual balances in the funds listed in this plan.

### Your Personal Rate of Return

| This Period | 6.7% |
|---|---|

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation

Statement Period: 01/01/2007 to 12/31/2007

Your account is allocated among the asset classes specified above as of 12/31/2007. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the underlying allocation of your blended funds.

## Market Value of Your Account

Statement Period: 01/01/2007 to 12/31/2007

EXHIBIT I, PAGE 56
RBC/BENHAYON000000001

Displayed are the beginning and ending values of your account in dollars, and either shares of mutual funds or Company Stock.

| *Investment* | Shares as of 12/31/2006 | Shares as of 12/31/2007 | Price as of 12/31/2006 | Price as of 12/31/2007 | Market Value as of 12/31/2006 | Market Value as of 12/31/2007 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$55,008.54** | **$60,897.25** |
| RBC Share Account | 1,154.429 | 1,193.128 | $47.65 | $51.04 | $55,008.54 | $60,897.25 |
| **Blended Fund Investments*** | | | | | **$606,690.09** | **$75,012.57** |
| AF Balanced Fund A | 31,897.482 | 3,884.649 | $19.02 | $19.31 | $606,690.09 | $75,012.57 |
| **Bond Investments** | | | | | **$742,602.61** | **$198,310.21** |
| RBC Interest Account | 742,602.610 | 198,310.210 | $1.00 | $1.00 | $742,602.61 | $198,310.21 |
| **Account Totals** | | | | | **$1,404,301.24** | **$334,220.03** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*You have invested a portion of your account in Blended Funds. Blended Funds generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth from stocks with income from dividends and interest. Please refer to the Additional Fund Information section to see how your blended funds are allocated across the three asset classes.

## Market Value by Plan Year

Statement Period: 01/01/2007 to 12/31/2007

This section displays the Market Value of your account by Year of Deferral.

| Plan Year | Contribution Source | Distribution Election | Distribution Type | Market Value on 12/31/2007 | Effective Date |
|---|---|---|---|---|---|
| 2003<br>2003 Ficm WAP Bonus | Ficm WAP Bonus | Election Unknown | | $117,787.91 | Unknown |
| 2003<br>2003 Employer Match 4YR Cliff | Employer Match 4YR Cliff | Election Unknown | | $60,897.25 | Unknown |
| 2003 Total | | | | $178,685.16 | |
| 2004<br>2004 Ficm WAP Bonus | Ficm WAP Bonus | 2009 | Lump Sum | $89,702.36 | Current |
| 2004 Total | | | | $89,702.36 | |
| 2005<br>2005 Ficm WAP Bonus | Ficm WAP Bonus | 2010 | Lump Sum | $52,082.62 | Current |
| 2005 Total | | | | $52,082.62 | |
| 2006<br>2006 Ficm WAP Bonus | Ficm WAP Bonus | 2011 | Lump Sum | $13,749.89 | Current |
| 2006 Total | | | | $13,749.89 | |

**Total Market Value** **$334,220.03**

## Market Value of Distributions

Statement Period: 01/01/2007 to 12/31/2007

This section displays the current Market Value of your account by distribution election.

| Distribution Year: | Funds: | Shares On: 12/31/2007 | Price On: 12/31/2007 | Market Value: 12/31/2007 | **Total Market Value: 12/31/2007** |
|---|---|---|---|---|---|
| 2009 | | | | | |
| Lump Sum | AF Balanced Fund A | 1,208.199 | $19.31 | $23,330.32 | |
| Lump Sum | RBC Interest Account | 66,372.040 | $1.00 | $66,372.04 | |
| | | | | | $89,702.36 |
| 2010 | | | | | |
| Lump Sum | AF Balanced Fund A | 698.361 | $19.31 | $13,485.36 | |
| Lump Sum | RBC Interest Account | 38,597.260 | $1.00 | $38,597.26 | |
| | | | | | $52,082.62 |
| 2011 | | | | | |
| Lump Sum | AF Balanced Fund A | 358.004 | $19.31 | $6,913.05 | |
| Lump Sum | RBC Interest Account | 6,836.840 | $1.00 | $6,836.84 | |
| | | | | | $13,749.89 |
| Other Acct Holdings | | | | | |
| | AF Balanced Fund A | 1,620.085 | $19.31 | $31,283.84 | |
| | RBC Interest Account | 86,504.070 | $1.00 | $86,504.07 | |
| | RBC Share Account | 1,193.128 | $51.04 | $60,897.25 | |
| | | | | | $178,685.16 |
| **Total Market Value:** | | | | | **$334,220.03** |

## Your Contribution Elections as of

As of 12/01/2008

This section displays the funds in which your future contributions will be invested.

### Your Current Investment Elections as of 12/01/2008

| All Eligible Sources | |
|---|---|
| **Investment Option** | **Current %** |
| **Blended Fund Investments** | |
| AF BALANCED FUND A | 50% |
| | |
| **Bond Investments** | |
| RBC INTEREST ACCOUNT | 50% |
| | |
| **Total** | **100%** |

EXHIBIT I , PAGE 58

RBC/BENHAYON000000003

| PCG WAP BONUS 4YR CLIFF | |
|---|---|
| Investment Option | Current % |
| Stock Investments | |
| RBC SHARE ACCOUNT | 100% |
| | |
| **Total** | **100%** |

| 3 YR GRADUATED VEST. | |
|---|---|
| Due to plan rules your contribution elections for this source/source group are restricted. | |
| Investment Option | Current % |
| Stock Investments | |
| RBC SHARE ACCOUNT | 100% |
| | |
| **Total** | **100%** |

## Your Contribution Summary

Statement Period: 01/01/2007 to 12/31/2007

| Contributions | Employee Voluntary | Employer Match 4YR Cliff | Ficm WAP Bonus | Pre-2005 Vested Contrib |
|---|---|---|---|---|
| Period to date | $0.00 | $0.00 | $13,026.06 | $0.00 |
| Total Account Balance | $0.00 | $60,897.25 | $273,322.78 | $0.00 |
| Total Vested Balance | $0.00 | $0.00 | $0.00 | $0.00 |

## Your Account Activity

Statement Period: 01/01/2007 to 12/31/2007

Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | AF Balanced Fund A | RBC Interest Account | RBC Share Account | Total |
|---|---|---|---|---|
| **Beginning Balance** | **$606,690.09** | **$742,602.61** | **$55,008.54** | **$1,404,301.24** |
| Employer Contributions | $6,513.03 | $6,513.03 | $0.00 | $13,026.06 |
| Dividends and Interest | $11,992.60 | $32,829.23 | $1,998.57 | $46,820.40 |
| Withdrawal | -$578,267.24 | -$583,609.55 | $0.00 | -$1,161,876.79 |
| Fees | -$659.49 | -$25.11 | -$3.55 | -$688.15 |
| Change in Market Value | $28,743.58 | $0.00 | $3,893.69 | $32,637.27 |
| **Ending Balance** | **$75,012.57** | **$198,310.21** | **$60,897.25** | **$334,220.03** |

## Additional Fund Information

As of 12/01/2008

Use this section to determine the asset allocation of your blended investments.

| *Blended Investment* | *Stocks* | *Bonds* | *Short Term* |
|---|---|---|---|
| AF Balanced Fund A | 62.00% | 30.00% | 8.00% |

Blended investments generally invest in more than one asset class. The blended investment asset allocation above reflects the stated neutral mix or, if not available, the asset mix reported by Morningstar, Inc. for mutual funds or by investment managers for non-mutual funds.