BOHM, MATSEN, KEGEL & AGUILERA, LLP
Kari M. Myron (Bar No. 158592)
695 Town Center Drive, Ste. 700
Costa Mesa, California 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
kmyron@bmkalaw.com

Attorneys for Plaintiff STEVEN BENHAYON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>STEVEN BENHAYON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20,<br><br>Defendants. | Case No.: CV08-06090 FMC (AGRx)<br>Assigned to Hon. Florence-Marie Cooper [Courtroom 750 (Roybal)]<br><br>**DECLARATION OF KARI M. MYRON**<br><br>**[Filed concurrently with Simultaneous Briefing in re *ERISA*]** |

1

**DECLARATION OF KARI M. MYRON**

## DECLARATION OF KARI M. MYRON

I, Kari M. Myron, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District, Central District of California. I am a partner of the law firm of Bohm, Matsen, Kegel & Aguilera, LLP, which represents Plaintiff STEVEN BENHAYON in this matter. I make this Declaration based upon my own personal knowledge, except as to those matters which are stated on information and belief and as to those matters I believe them to be true. If called and sworn as a witness, I could and would competently testify to the following.

2. Attached hereto as **Exhibit "A"** and incorporated herein by reference is a true and correct copy of the termination letter that Plaintiff STEVEN BENHAYON received from RBC Dain Rauscher, Inc., dated September 17, 2007, as well as a General Release and Exhibits that were appended to the letter. The Bates stamp numbers on said Exhibit is 00081 through 00086.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 22, 2009 at _____Costa Mesa_____, California.

_____
Kari M. Myron, Declarant

# EXHIBIT A

Human Resources
Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4422
(612) 373-1770
(612) 371-7954 Fax
www.rbcdain.com

September 17, 2007

Steven Benhayon
313 San Ysidro Road
Montecito, CA 93108

Dear Steven:

This letter sets forth the terms and conditions of your separation from employment from RBC Dain Rauscher Inc. (the "Company").

### Employment

Your employment will end as of September 17, 2007 (the "Termination Date"). Your last official day in the office will be September 17, 2007. You will be paid your salary through your Termination Date.

### Severance and Other Payments

Subject to satisfaction of the conditions specified below, you will be paid severance the lump sum of $129,800.00 (less all applicable withholdings and deductions as required by law; lump sum payments are subject to federal and state supplementary tax rates per IRS regulations).

### Conditions to and Timing of Payments

You will not receive any payments pursuant to this agreement until (1) you have signed and returned this letter agreement and the attached General Release in the enclosed self-addressed envelope; (2) the rescission period (if any) specified in the General Release has expired without exercise, and (3) you have returned all Company property. Except as otherwise specified, all payments to be made to you under this agreement will be made in a lump sum within 30 days after you have satisfied the conditions specified in this agreement.

### Outplacement

Subject to satisfaction of the conditions in this letter, you will be eligible for outplacement services to be provided by Lee Hecht Harrison within six months of your termination date. Additional information concerning such services is enclosed.

### Confidentiality

Except as otherwise required by law or court order, you agree that you will not at any time divulge or otherwise make accessible to anyone or use for any purpose any Confidential Information concerning the Company which you obtained during the course of your employment. Confidential Information includes any knowledge or information held in confidence by the Company which is not in the public domain, including but not limited to trade secrets, confidential or secret business information, business plans, confidential financial data, analyses or studies; the Company's personnel policies or actions; the functions, responsibilities, ratings, or production levels of employees; the identity of clients; including but not limited to the client's name, address, contact information, investment information and data, and financial information; or any other nonpublic information directly or indirectly useful in any aspect of the business of the Company. You acknowledge that the above-described Confidential Information is a unique and valuable asset of the Company, and any disclosure or other use of such knowledge or information would be wrongful and would cause irreparable harm to the Company.

You further agree that, except as otherwise required by law or court order, you will not at any time divulge or otherwise make accessible to anyone (other than your immediate family and tax, financial and/or other professional advisors you consult regarding your personal or financial affairs) the terms of this agreement, except that you may

Member NYSE • SIPC

Benhayon
September 2007
2 of 3

disclose the terms of the non-solicitation and cooperation covenants to future or potential employers or others with a legitimate need to know such information.

**Controlling Agreement**
In the event you are party to a prior agreement with the Company regarding confidentiality or non-solicitation covenants, the terms of that agreement will remain in effect.

**Cooperation**
You agree that you will cooperate with the Company with respect to any claims, actions or proceedings brought or threatened by third parties on (1) matters related to your employment or (2) any transactions, decisions or actions in which you were involved while an employee or officer of the Company. You agree to make yourself available upon reasonable notice and at mutually agreeable times to discuss such matters and to appear without subpoena for deposition or testimony at the request of the Company. The Company will pay your reasonable expenses in connection with any cooperation requested under this agreement, including reasonable out-of-pocket travel expenses or documented lost wages you incur.

**Benefits**
You will be able to participate in the employee benefits provided to RBC Dain employees through your Termination Date. If you are currently enrolled in the Company's medical, dental, vision and/or health care spending plans, effective on the day immediately after your normal benefit coverage ends, you and your qualified dependents are eligible to continue your current coverage through COBRA. Our outside COBRA administrator will mail a separate enrollment packet to your home within approximately 30 days of your Termination Date, and will provide you with payment instructions.

**Retirement Plan**
Your individual account statements and Summary Plan Descriptions should be consulted regarding vesting and payout of your individual and any company contributions under the RBC Dain Rauscher Retirement Plan. No 401(k) contributions will be deducted from any payments made to you after the Termination Date.

**Acceptance**
The offer contained in this letter will remain open for your consideration for 45 days from today's date and subject to the terms and conditions contained in the General Release. You may accept these terms by signing the enclosed copy of this letter and General Release no sooner than your Termination Date and returning them in the enclosed postage-paid return envelope.

In closing, I wish to thank you for your contributions to our firm and wish you well in all your future endeavors.

Sincerely,

*Tracy McDonald*

Tracy McDonald
Vice President, Human Resources Manager
RBC Dain Rauscher Inc.

## GENERAL RELEASE

In exchange for good and valuable consideration, the sufficiency of which is hereby acknowledged, on behalf of yourself and your heirs, successors and assigns, you hereby release and discharge RBC Dain Rauscher Corp. and its affiliates (collectively, the "Company"), as well as all officers, directors, agents, employees, successors and assigns of the Company (collectively, the "Released Parties"), from any and all claims, demands, actions, liabilities, damages or rights of any kind, whether known or unknown, that you have, have ever had or may have for any act or omission that has occurred up through the date of execution of this General Release, including but not limited to those arising out of or related to your employment or termination of employment. You further agree that you will not institute or authorize any other party, governmental or otherwise, to institute any administrative or legal proceeding seeking compensation or damages on your behalf against the Released Parties relating to or arising out of any aspect of your employment or termination.

This release is intended to extend to and include, among other things, any claims arising under Title VII of the 1964 Civil Rights Act, 42 U. S. C. § 2000e et seq.; the Age Discrimination in Employment Act, 29 U. S. C. § 621, et seq.; the Older Workers' Benefit Protection Act, 29 U.S.C. §626(f), et seq.; the Americans with Disabilities Act, 42 U. S. C. § 12101 et seq.; the Employee Retirement and Income Security Act, 29 U. S. C. § 1001 et seq.; the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 et seq.; the Family Medical Leave Act; the California Fair Employment and Housing Act, Government Code, § 12900 et seq.; the California Family Rights Act; the California Labor Code; and any other federal or state constitutions, federal, state or local statutes, or any contract, quasi contract, common law or tort claims, whether known or unknown, suspected or unsuspected, concealed or hidden, or developed or undeveloped, up through the date of your execution of this release.

YOU EXPRESSLY WAIVE AND RELINQUISH ALL RIGHTS AND BENEFITS AFFORDED BY SECTION 1542 OF THE CIVIL CODE OF THE STATE OF CALIFORNIA, AND DO SO UNDERSTANDING AND ACKNOWLEDGING THE SIGNIFICANCE AND CONSEQUENCES OF SUCH SPECIFIC WAIVER. SECTION 1542 STATES AS FOLLOWS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

This release does not preclude you from pursuing equitable relief before an administrative agency or providing assistance to others who do so. Any claim, charge, or remedy that cannot by law be waived by a private agreement such as this release is not waived by virtue of the terms of this release. Additionally, by executing this release you do not release, waive or discharge your right to file a federal, state or local charge of discrimination for equitable relief only. By executing this release you do hereby waive your right to monetary relief from any such charge. This release does not preclude you from participating as a witness in any administrative proceeding whether compelled by process to do so or not.

You are entitled to revoke this release insofar as it extends to claims or potential claims under the Age Discrimination in Employment Act by delivering a written notice of your intent to revoke this release, postmarked or hand-delivered, within seven (7) calendar days following your signing of the release. The rescission must be sent by certified mail or hand-delivered to:

> Todd W. Schnell
> Senior Associate General Counsel
> RBC Dain Rauscher Inc.
> Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN 55402-4422

This release will not become effective until this seven day period has expired.

You hereby affirm and acknowledge that you have read the foregoing General Release, that you understand the meaning of its terms and their effect, and that the provisions of the release are written in language you understand. You also represent that you are entering into the release freely and voluntarily. You further acknowledge that you have been advised that you may take up to 45 days to consider whether to enter into this release and to consult with an attorney before signing this release.

You further affirm and acknowledge that you have received Exhibit A attached to this General Release, which describes the termination program of which your termination is a part; including a description of the individuals covered by the program, the eligibility factors and time limits applicable to the program, the job titles and ages of all individuals selected for the program, and the ages of all individuals in the same job classification or organizational unit who were not selected for the program.

Signed:_____       Dated:_____
Benhayon, Steven

00083

# Exhibit A
## RBC Dain Rauscher Inc.

(A) The decisional unit is RBC Capital Markets Fixed Income Products Group

(B) All persons who are being terminated as a result of the reduction in force are selected for the program.

(C) All persons who are being offered severance pay under a severance letter and general release must sign the release and return it to the Company within the time period specified in the severance letter. Once the signed General Release is returned to the Company, you have 7 days to revoke the release agreement to the extent it extends to potential claims under the Age Discrimination in Employment Act.

(D) The following is a listing of the ages and job titles of persons in the Company who were and were not selected for termination and the offer of consideration for signing a waiver:

### Arizona:

3430 East Sunrise Drive, Tucson

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 39 | | 1 |

### California:

345 California Street, San Francisco

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 41 | 1 | |
| Salesperson | 48 | 1 | |
| Manager, Regional Producing | 48 | 1 | |
| Assistant, Sales Registered | 28 | 1 | |
| Salesperson | 50 | 1 | |
| Associate, Sales Registered Senior | 29 | 1 | |
| Salesperson | 42 | 1 | |

610 Newport Beach Drive, Newport Beach

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 38 | 1 | |

00084

# Exhibit A
# RBC Dain Rauscher Inc.

## Florida:

### 100 Second Avenue, St. Petersburg

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Assistant, Sales Registered | 50 | | 1 |
| Manager, St. Petersburg Branch | 56 | | 1 |
| Salesperson | 41 | 1 | |

### 600 Corporate Drive, Fort Lauderdale

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Administrator, Sales Senior | 54 | 1 | |
| Salesperson | 50 | 1 | |
| Salesperson | 51 | 1 | |

### 801 Brickell Avenue, Miami

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 38 | 1 | |
| Salesperson | 41 | 1 | |
| Salesperson | 43 | 1 | |
| Salesperson | 46 | 1 | |
| Salesperson | 48 | | 1 |
| Salesperson, Junior | 34 | 1 | |

## Illinois:

### 500 West Madison Street, Chicago

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Associate, Sales Registered Senior | 28 | | 1 |
| Salesperson, Junior | 30 | | 1 |
| Salesperson | 39 | | 1 |
| Salesperson | 40 | | 1 |
| Salesperson | 41 | | 1 |
| Salesperson | 46 | | 1 |
| Salesperson | 47 | 1 | |
| Salesperson | 49 | | 1 |
| Salesperson | 55 | | 1 |
| Salesperson | 38 | 1 | |

# Exhibit A
# RBC Dain Rauscher Inc.

## Minnesota:

60 South Sixth Street, Minneapolis

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 34 | 1 | |
| Salesperson | 38 | | 1 |
| Salesperson | 50 | 1 | |
| Salesperson | 50 | | 1 |
| Trader, Institutional | 51 | 1 | |

## North Carolina:

2101 Rexford Road, Charlotte

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Salesperson | 46 | 1 | |
| Salesperson | 48 | 1 | |

## New York:

One Liberty Plaza, New York

| Position Title | Age | Selected | Not Selected |
|---|---|---|---|
| Assistant, Administrative | 23 | 1 | |
| Assistant, Sales Registered | 48 | | 1 |
| Assistant, Trading | 24 | | 1 |
| Assistant, Trading | 25 | | 1 |
| Assistant, Trading | 29 | | 1 |
| Associate, Sales | 29 | | 1 |
| Associate, Sales & Trading | 57 | | 1 |
| Head, Credit Sales | 44 | | 1 |
| Head, Trader - MBS | 44 | | 1 |
| Manager, Sales Assistants | 41 | | 1 |
| Salesperson | 29 | | 1 |
| Salesperson | 33 | | 1 |
| Salesperson | 34 | | 1 |
| Salesperson | 37 | | 1 |
| Salesperson | 38 | | 1 |
| Salesperson | 39 | | 1 |
| Salesperson | 40 | | 1 |
| Salesperson | 41 | | 1 |
| Salesperson | 44 | | 1 |
| Salesperson | 44 | | 1 |
| Salesperson | 44 | 1 | |