| | |
|---|---|
| 1 | LINDA CLAXTON, State Bar No. 125729 |
|   | linda.claxton@ogletreedeakins.com |
| 2 | CHRISTOPHER W. DECKER, State Bar No. 229426 |
|   | christopher.decker@ogletreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, |
|   | SMOAK & STEWART, P.C. |
| 4 | 633 West Fifth Street, 53rd Floor |
|   | Los Angeles, California 90071 |
| 5 | Telephone:  (213) 239-9800 |
|   | Facsimile:   (213) 239-9045 |

Attorneys for Defendants
ROYAL BANK OF CANADA, RBC CAPITAL MARKETS CORPORATION (incorrectly named and sued as "RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC."), and THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BENHAYON, | Case No. CV08-06090 FMC(AGRx) |
| Plaintiff, | **SECOND DECLARATION OF CHRISTOPHER W. DECKER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR BENEFITS UNDER THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN** |
| v. | |
| ROYAL BANK OF CANADA, a Canadian company, business form unknown; RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC., business form unknown; THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, formerly known as RBC Dain Rauscher Wealth Accumulation Plan; and, DOES 1 through 20, | |
| | DJ:         Florence-Marie Cooper |
| | Courtroom: (Roybal) 750 |
| | MJ:         Alicia G. Rosenberg |
| | Courtroom: (Spring) 23 |
| Defendants. | Trial Date:  February 16, 2010 |

7743462_1.DOC

CASE NO. CV08-06090 FMC(AGRx)
SECOND DECLARATION OF CHRISTOPHER W. DECKER

# SECOND DECLARATION OF CHRISTOPHER W. DECKER

I, CHRISTOPHER W. DECKER, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am an Associate with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart P.C., attorneys of record herein for Defendants ROYAL BANK OF CANADA, RBC CAPITAL MARKETS CORPORATION (incorrectly named and sued as "RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC."), and THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as Exhibit A are true copies of excerpts of the Deposition of Gabriela Sikich taken in this matter on August 28, 2009. These excerpts contain the deposition testimony cited by Defendants in their Supplemental Reply Brief Regarding Plaintiff's Claim For Benefits Under the Royal Bank of Canada US Wealth Accumulation Plan.

DATED: September 28, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Christopher W. Decker
      Christopher W. Decker
Attorneys for Defendants
ROYAL BANK OF CANADA, RBC CAPITAL MARKETS CORPORATION (incorrectly named and sued as "RBC WEALTH MANAGEMENT COMPANY, formerly RBC DAIN RAUSCHER, INC."), and THE ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN

7743462.1 (OGLETREE)